UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
LESLIE CLAYTON BUESING
SUZANNE NOBLITT BUESING
1136 FIELDSTONE DRIVE
MEBANE, NC 27302

CASE NO: 09-05622-8-JRL
CHAPTER 13

### TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

The Debtors are delinquent in the amount of $4,165.00 or 1.00 payment.
The Debtors have not provided bank statements to the Trustee.
The Debtors have not provided information regarding a Domestic Support Obligation.
The Debtors have not provided a copy of the Domestic Support Obligation Order.
Debtors failed to provide a copy of the 2008 State income tax return.

**The Debtors are hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Trustee within **twenty (20) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: September 18, 2009                    /s/*John F. Logan*
                                             JOHN F. LOGAN
                                             CHAPTER 13 TRUSTEE

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Trustee'e Objection To Confirmation And Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: September 18, 2009

                                             /s/Nancy Burton
                                             Case Adminstrator

**COPIES FURNISHED TO:**
DEBTORS
ATTORNEY FOR DEBTORS