IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In re:
**Leslie Clayton Buesing**
**Suzanne Noblitt Buesing**

Soc.Sec.No.: xxx-xx-5230 and xxx-xx-1382
Mailing address: 1136 Fieldstone Drive
Mebane, NC  27302

Case No.  09-05622-8-JRL
Chapter   13

Debtors.

## OPPOSITION TO MOTION TO DISMISS

**NOW COME the DEBTORS**, by and through counsel undersigned, who hereby oppose the Motion to Dismiss, dated 9/18/09, filed by the Chapter 13 Trustee , in its entirety.  In response to the specific issues raised in the Trustee's Motion, the Debtors offer the following:

### Delinquency in Plan Payments

The Debtors admit being delinquent in payments due under the Chapter 13 plan, but they offer the following proposal to cure this delinquency:

1. The Debtors shall resume making their **"regular"** Chapter 13 plan payments in the amount of $4,165.00, starting with the payment that comes due on 10/1/09.

### Other Issues

The Debtor are gathering the requested information to provide to the Trustee.

**WHEREFORE**, the Debtors pray that the Court deny the Trustee's Motion to Dismiss, based upon the response and proposal set forth above; and that it set this matter for hearing; and that it grant such other and further relief which it deems just, proper and equitable.

Dated: October 8, 2009.

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt

John T. Orcutt, Attorney
N.C. State Bar No.: 10212
6616-203 Six Forks Road
Raleigh, NC 27615
Tel. No.: (919) 847-9750

## CERTIFICATE OF SERVICE

I, Jennifer Thorne, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on October 8, 2009, I served copies of the foregoing Opposition to Motion to Dismiss, by <u>automatic electronic noticing</u> upon the following Trustee:

John F. Logan
Chapter 13 Trustee


by <u>regular U.S. mail</u>, upon the Debtors at the following address:

Leslie Clayton Buesing
Suzanne Noblitt Buesing
1136 Fieldstone Drive
Mebane, NC   27302


        /s Jennifer Thorne
Jennifer Thorne


mtdoppos.wpt (rev. 6/30/05)