# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA

300 Fayetteville Street Mall, Room 209
P.O. Drawer 1441
Raleigh, NC 27602-1441

IN RE:
LESLIE CLAYTON BUESING  CASE NO: 09-05622-8-JRL
SUZANNE NOBLITT BUESING  DATE FILED: July 7, 2009
1136 FIELDSTONE DRIVE  CHAPTER 13
MEBANE, NC 27302

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a hearing will be held as indicated below:

DATE:     November 04, 2009
TIME      10:00 AM
PLACE:    300 Fayetteville Street Mall, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters: Chapter 13 Trustee's Motion to Dismiss and to transact all other business as may properly come before the court.

**\*\*\* All parties to this matter are directed to meet with the duty trustee 30 minutes prior to the hearing set in this notice. \*\*\***

DATED:  Thursday, October 22, 2009

                                    Stephanie J. Edmondson
                                    Clerk of Court

## CERTIFICATION OF SERVICE

    I, Nancy Burton, Case Administrator for the Office of the Chapter 13 Trustee, John F. Logan, P.O. Box 61039, Raleigh, NC 27661, certify: that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; that on this day, copies of the foregoing Notice of Hearing were served on the Debtors and the attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  Thursday, October 22, 2009

                                    /s/Nancy Burton
                                    Case Administrator